IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEONARD MARSHALL,

    Plaintiff,

vs.                                   CASE NO. 4:10-cv-172-SPM/WCS

FEDERAL EXPRESS CORPORATION,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 22), which recommends that the Defendant's Motion to Dismiss (doc. 5) be granted. Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed an objection (doc. 23). Pursuant to Title 28, United States Code, Section 636(b)(1), I have conducted a de novo review of the sections of the report to which objections have been made. I find that the Report and Recommendation is correct and should be adopted.

Plaintiff objects that his claim is not time-barred because he was not aware that court records in Leon County incorrectly represented that he had a conviction until six years after his termination. However, as Defendant's allegedly

wrongful termination of the Plaintiff, the basis of the lawsuit, occurred in 2002, the limitations period began to run from the time of his termination, at which time his alleged injury should have become apparent.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 22) is *adopted* and incorporated by reference into this order.

2. Defendant's Motion to Dismiss (doc. 5) is *granted.*

3. Plaintiff's complaint (doc. 1) is *dismissed* as barred by the statute of limitations and for failure to state a claim upon which relief may be granted.

4. All pending motions are *denied as moot*.

DONE AND ORDERED this fourth day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge